DAVID BINKLEY, Appellant, v STATE OF NEW YORK, Respondent.

In the Matter of DAVID BINKLEY, Appellant, v NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES, Respondent.

Submitted September 14, 2009; decided December 15, 2009

Reported below, 64 AD3d 1063.

Motion, insofar as it seeks leave to appeal from the Appellate Division order of affirmance, denied; motion, insofar as it seeks leave to appeal from the Appellate Division order denying poor person relief, dismissed upon the ground that such order does not finally determine the action within the meaning of the Constitution.

In the Matter of TERENCE BODDIE, Appellant, v GEORGE ALEXANDER, as Chair of the Division of Parole, Respondent.

Decided December 15, 2009

Reported below, 65 AD3d 1446.

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for relief ancillary to the appeal dismissed as academic.